# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

127261 & (61)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

PATRICK LEWIS a/k/a TONY GRIGGS,
    Defendant-Appellant.

SC: 127261
COA: 244589
Kent CC: 01-002471-FC

_____/

On order of the Court, the application for leave to appeal the August 31, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). We further order the Kent Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint Peter J. Ellenson to represent the defendant at oral argument in this Court. The parties shall include among the issues to be addressed at oral argument the defense claim of ineffective assistance of counsel. The motion to remand remains under advisement.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

*Corbin R. Davis*

p1003

Clerk